THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JOSEPH TOMASINO, Appellant.

Argued April 25, 1940; decided June 11, 1940.

*Philip Segal* and *Samuel Segal* for appellant.

*Thomas E. Dewey, District Attorney (Charles W. Manning* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.